**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 08-cv-02043-EWN-KLM

KIMBERLY DISTEL,

        Plaintiff,

v.

GENERAL ELECTRIC COMPANY; GE
HEALTHCARE, INC.; GE HEALTHCARE AS;
TYCO INTERNATIONAL (USA), INC.; BAYER
HEALTHCARE PHARMACEUTICALS, INC.,
f/k/a BERLEX, INC. f/k/a BERLEX
LABORATORIES, INC.; BAYER AG; BAYER
SCHERING PHARMA AG f/k/a SCHERING AG;
MALLINCKRODT, INC.; BRACCO
DIAGNOSTICS INC.; BRACCO RESEARCH
USA, INC.; ALTANA PHARMA AG; and
NYCOMED INTERNATIONAL MANAGEMENT
GmbH,

        Defendants.

---

**ORDER GRANTING MOTION TO STAY CASE**

---

        Defendant Bayer HealthCare Pharmaceuticals, Inc. having moved the Court to stay all

activity in this case pending a decision by the United States Judicial Panel on Multidistrict

Litigation to transfer this case to MDL No. 1909, In Re: Gadolinium Contrast Dyes Products

Liability Litigation; and

        Plaintiff having agreed to the Motion; and

        The Court having determined that the Motion is well-founded;

It is herby **ORDERED** that all activity in this case shall be stayed until the United States

Judicial Panel on Multidistrict Litigation determines whether to transfer the case to MDL No.

1909.

Dated this 20th day of October, 2008

BY THE COURT:

<u>s/ Edward W. Nottingham</u>
Chief United States District Judge