A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Nov 04, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: _s/R. Bradway_
Deputy Clerk

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Oct 17, 2008**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION**

MDL No. 1909

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-20)

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1380 (J.P.M.L. 2008). Since that time, 121 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Nov 04, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
   CAC   2   08-6294          Barbara Kegeles, et al. v. General Electric Co., et al.

COLORADO
   CO    1   08-2043          Kimberly Distel v. General Electric Co., et al.

GEORGIA NORTHERN
   GAN  1   08-3034          Stephanie Williams v. Bayer Healthcare Pharmaceuticals, Inc., et al.

NORTH CAROLINA MIDDLE
   NCM  1   08-711          Vicki Christopher, etc. v. General Electric Co., et al.

NEW YORK SOUTHERN
   ~~NYS  1   08-8264~~          ~~Beatrice Adamo v. General Electric Co., et al.~~          Opposed 10/29/08

PENNSYLVANIA EASTERN
   ~~PAE   2   08-4603~~          ~~Marie Jones, etc. v. General Electric Co., et al.~~          Opposed 10/31/08
   PAE   2   08-4635          Jeffrey Browne, et al. v. General Electric Co., et al.

TEXAS EASTERN
   TXE   1   08-573          David Bean v. General Electric Co., et al.
   TXE   1   08-574          Betty Elaine Ricks v. General Electric Co., et al.